UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA,
(Rural Development),
    Plaintiff,

v.                                       CASE NUMBER: 96-2409 (HL)

MARIBEL COLON HERNANDEZ a/k/a
MARIBEL MARGARITA COLON
HERNANDEZ,
    Defendant.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/15/99<br>**Docket #** 21<br>[X] **Plffs** [ ] **Defts** [ ] **Other**<br>**Title:** Motion to Reschedule Sale | **Granted.** The judicial sale scheduled for November 14, 1999 shall be stayed and the U.S. Marshal so notified. The Court also **grants** leave to continue a new public sale on another date. |

Date 10/19/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd: ~~EOD:~~

By: 22#